AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RALPH W. POTTER,**

       **Plaintiff,**

                        **JUDGMENT IN A CIVIL CASE**

**v.**

                        **CASE NO.   2:13-CV-924**

**COMMISSIONER OF**           **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**           **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendant.**

_____ **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed March 5, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:   March 5, 2015                          RICHARD E. NAGEL, CLERK

                                                     */S/ Andy F. Quisumbing*
                                                       (By) Andy F. Quisumbing
                                                       Courtroom Deputy Clerk